UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



**JUDGMENT IN A CIVIL CASE**

MICHAEL COLLIER,

      Plaintiff,

VS.                                                    NO. 1:04-CV-1335-T/AN

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant(s).


[X] DECISION BY THE COURT.  This action came to consideration before the Court; the issues having been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the Order entered in the above styled matter on June 8, 2005, the decision of the commissioner is hereby AFFIRMED and this matter is hereby DISMISSED.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE



                                  ROBERT R. DI TROLIO, CLERK

                                  BY: _____
                                          DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  6/10/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:04-CV-01335 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Marianna G. Williams
ASHLEY ASHLEY & ARNOLD
322 Church Street
Dyersburg, TN 38025

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT